UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

MICHIGAN TECHNICAL                    )
REPRESENTATIVES, INC.                 )
                                      )
        Plaintiff                     )
                                      )        Case No. 2:08-CV-11568-PJD-PLK
v.                                    )          Honorable Patrick J. Duggan
                                      )
MTI SPECIALTY SILICONES, INC.         )
                                      )
        Defendant                     )

## STIPULATED ORDER OF DISMISSAL

The parties have represented to the Court that all matters in dispute have been

settled.  Accordingly, it is ORDERED that this case be, and it hereby is, dismissed with

prejudice each side to bear its own costs.

An electronic copy of this order shall be send to counsel of record and the Clerk

shall strike this case from the Court's docket.

ENTERED this  4th day of September, 2008.


                                        s/PATRICK J. DUGGAN
                                        United States District Judge

SEEN AND AGREED TO:


/s/ Evan A. Burkholder
Evan A. Burkholder (P67986)
LeClairRyan, A Professional Corporation
400 Renaissance Center, Suite 950
Detroit, Michigan  48243
(248) 430-4489
(313) 557-4094 (facsimile)
evan.burkholder@leclairryan.com


       Counsel for Defendant


/s/ Thomas P. Casey
Thomas P. Casey (P11707)
Thomas P. Casey, P.C.
19501 E. 8 Mile Road
St. Clair Shores, Michigan  48080
(586) 563-3600
tomcasey@kcmlaw.com

       Counsel for Plaintiff